11th
Court of Appeals

 Eastland,
Texas

  Memorandum
Opinion

 

OES Environmental, Inc.

Appellant

Vs.                   No.
11-03-00230-CV B Appeal from Shackelford County

Arguijo Oilfield Services, Inc.

Appellee

 

OES Environmental, Inc. filed a notice of
appeal but failed to pay the required filing fee.  On August 22, 2003, appellant was ordered to pay the $125 filing
fee on or before September 8, 2003. 
Appellant was also informed that failure to pay might result in the
dismissal of the appeal.  Appellant has
failed to respond.

The appeal is dismissed.  TEX.R.APP.P. 42.3(c).

.

PER CURIAM

 

September 26, 2003

Not designated for publication.  See TEX.R.APP.P. 47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.